UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JUL 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                            INDICTMENT NO. 6:24-CR-48-REW

STEPHON D. ROSS,
  aka CAPONE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

On or about a date in September 2023, the exact date unknown, and continuing through on or about October 17, 2023, in Laurel County and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**STEPHON D. ROSS,**
**aka CAPONE,**

did conspire with others to knowingly and intentionally distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about October 17, 2023, in Fayette County, in the Eastern District of Kentucky,

**STEPHON D. ROSS,
aka CAPONE,**

did knowingly and intentionally possess with the intent to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

_____
**CARLTON S. SHIER IV
UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.